Clarence Mackay NEWCOMB, Appellant, v. UNITED STATES of America, Appellee.

No. 10586.

Circuit Court of Appeals, Ninth Circuit.

Sept. 5, 1944.

A. L. Wirin and J. B. Tietz, both of Los Angeles, Cal. (Hayden C. Covington, of Brooklyn, N. Y., of counsel), for appellant.

Charles H. Carr, U. S. Atty., and James M. Carter and Ray H. Kinnison, Asst. U. S. Attys., all of Los Angeles, Cal., for appellee.

Before DENMAN and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellee for affirmance of the judgment of the District Court and the statement of appellant on such motion, it is ordered that said motion be and hereby is granted, that a judgment affirming the judgment of the District Court herein be forthwith filed and entered accordingly and that the mandate of this court in this cause issue as provided by Rule 28.